**194** BLAIS vs. CIRCUIT JUDGE (Alpena), No. 12349.

To compel dismissal of appeal from Justice Court.

Granted November 18, 1891, with costs.

Judgment was rendered June 14, and it is claimed that the affidavit was not made and the bond was not filed until July 23. The justice returned that the affidavit was made and filed June 19, although the jurat was dated July 23, but claimed that the date had been changed; that the bond was delivered to him on June 19, although the surety did not justify until July 23, and the fees were not paid until the latter date.

Motion made December 22, 1891, to recall the writ.

Denied January 5, 1892.

**195** COMBS vs. CIRCUIT JUDGE (Saginaw), No. 13939, 99 M., 234.

To compel respondent to vacate an order allowing an appeal from Justice Court, in a case where the affidavit and bond were left at the office of the justice, in the files of the case, during the absence of the justice from the city.

Granted March 6, 1894, with costs.

Held, that appellant could have proceeded under Sec. 7006, How. Stat., and therefore the appellant failed to bring himself within the terms of How. Stat., Sec. 7005.

**196** CRONIN vs. CIRCUIT JUDGE (Calhoun), No. 13321.

To vacate an order setting aside a former order dismising an appeal.

Granted March 9, 1893, with costs.

The respondent returned that no notice of the motion to dismiss had been given to appellant or his attorney; that the motion was based upon imperfections in the bond, and upon the hearing, appellant appeared and tendered a new bond.